BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, SBN PA 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREE BUSHNELL,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>    Acting Commissioner of<br>    Social Security,<br><br>    Defendant. | CIVIL NO. 5:17-cv-02718-EJD<br><br>STIPULATION & PROPOSED ORDER FOR EXTENSION FOR DEFENDANT TO RESPOND TO PLANTIFF'S MOTION FOR SUMMARY JUDGMENT |

       IT IS HEREBY STIPULATED by and between the parties that Defendant shall have an extension of time to November 9, 2017 to respond to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension of time. Since Plaintiff's counsel filed her brief, Defendant's counsel has been working on discovery in an Equal Employment Opportunity Commission (EEOC) case and responding to an appeal of another EEOC case. Defendant's counsel will be out of the office for the first couple weeks of October and has several other district court briefs due in October and November.

1

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 5, 2017                /s/ Terry LaPorte, Esq.*
                                      *(as authorized via email on October 5, 2017)
                                      Terry LaPorte, Esq.

                                      BRIAN J. STRETCH
                                      United States Attorney

Dated: October 5, 2017                /s/ Chantal R. Jenkins
                                      Chantal R. Jenkins
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____    _____
                                 HON. EDWARD J. DAVILA
                                 UNITED STATES DISTRICT JUDGE