BRIAN J. STRETCH, CSBN 163973
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel
DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8995
    Facsimile: (415) 977-8873
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAREE BUSHNELL,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 5:17-cv-02718-EJD<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    The parties stipulate that, subject to the approval of the Court, this action shall be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four. Upon remand, the administrative law judge will consider the medical source statements in the record.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Bushnell v. Berryhill, 5:17-cv-02718-EJD

decision of the Commissioner.

Respectfully submitted November 7, 2017.

DATED: November 7, 2017

TERRY LAPORTE
(as authorized by email)

Attorney for Plaintiff

BRIAN J. STRETCH
United States Attorney

DATE: November 7, 2017          By          s/ Daniel P. Talbert
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

Bushnell v. Berryhill, 5:17-cv-02718-EJD   2

ORDER

Pursuant to stipulation, it is so ordered.

DATE:  November 8, 2017

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Bushnell v. Berryhill, 5:17-cv-02718-EJD